B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Corporate Business Card, LTD. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>36-3655257 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>9611 Franklin Ave.<br>Franklin Park, IL<br>ZIP Code 60131 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>   Corporate Business Card, LTD. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>  - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Corporate Business Card, LTD.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
   Signature of Attorney for Debtor(s)
   Joseph E. Cohen 3123243
   Printed Name of Attorney for Debtor(s)
   Cohen & Krol
   Firm Name
   105 West Madison Street
   Suite 1100
   Chicago, IL 60602-4600
   Address

   312.368.0300  Fax: 312.368.4559
   Telephone Number
   March 10, 2015
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual
   Richard Letarte
   Printed Name of Authorized Individual
   President
   Title of Authorized Individual
   March 10, 2015
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Corporate Business Card, LTD.                                Case No. _____
                                            Debtor(s)      Chapter        11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Bank Of America<br>P . O . Box 45144<br>FL9-100-04-24 Building 100 - 4th Fl<br>Jacksonville, FL 32232-9923 | Bank Of America<br>P . O . Box 45144<br>FL9-100-04-24 Building 100 - 4th Fl<br>Jacksonville, FL 32232-9923 | | | 127,612.96<br><br>(0.00 secured) |
| Bank of America<br>Attention: Bankruptcy<br>PO Box 15796<br>Wilmington, DE 19850 | Bank of America<br>Attention: Bankruptcy<br>PO Box 15796<br>Wilmington, DE 19850 | Charge Account | | 12,150.75 |
| Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6103 | Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6103 | Charge Account | | 18,067.40 |
| Faust Thrmographic Supply<br>PO Box 1277 Linden<br>Linden, NJ 07036 | Faust Thrmographic Supply<br>PO Box 1277 Linden<br>Linden, NJ 07036 | Thermographic Powder | | 1,285.11 |
| Federal Express<br>PO Box 371599<br>Pittsburgh, PA 15250 | Federal Express<br>PO Box 371599<br>Pittsburgh, PA 15250 | Delivery Services | | 20,096.08 |
| Lewis Paper<br>2300 Windsor Court Unit A<br>Addison, IL 60101 | Lewis Paper<br>2300 Windsor Court Unit A<br>Addison, IL 60101 | Paper Stock | | 48,247.32 |
| Lindenmeyr Munroe<br>112 Alexandra Way<br>Carol Stream, IL 60188 | Lindenmeyr Munroe<br>112 Alexandra Way<br>Carol Stream, IL 60188 | Paper Stock | | 3,455.32 |
| N.E.W Printing<br>1718 E. Wisconsin Ave.<br>Appleton, WI 54911 | N.E.W Printing<br>1718 E. Wisconsin Ave.<br>Appleton, WI 54911 | Subcontracted Work | | 3,016.27 |
| Navitor<br>PO Box 927<br>Waynesboro, PA 17268 | Navitor<br>PO Box 927<br>Waynesboro, PA 17268 | Subtracted Work | | 1,802.38 |
| Phoenix Press, Inc.<br>140 E. Hil  St.<br>Villa Park, IL 60181 | Phoenix Press, Inc.<br>140 E. Hil  St.<br>Villa Park, IL 60181 | Shop Supplies | | 2,169.93 |
| Robert Micatka<br>PO Box 242<br>Sturgeon, MO 65284 | Robert Micatka<br>PO Box 242<br>Sturgeon, MO 65284 | Account Services | | 6,500.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Corporate Business Card, LTD.                                        Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| The Grafsolve Compant<br>PO Box 1185<br>Northbrook, IL 60065 | The Grafsolve Compant<br>PO Box 1185<br>Northbrook, IL 60065 | Plate making and pre-press materials | | 9,000.65 |
| Uline<br>PO Box 88741<br>Chicago, IL 60680 | Uline<br>PO Box 88741<br>Chicago, IL 60680 | Pressroom, Bindery, and shipping supplies | | 4,349.11 |
| US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | Charge Account | | 4,697.87 |
| Victor Envelope Eric Szczensy<br>301 Arthur Ct.<br>Bensenville, IL 60106 | Victor Envelope Eric Szczensy<br>301 Arthur Ct.<br>Bensenville, IL 60106 | Subcontracted Work | | 4,091.52 |
| Wild Impact Marketing<br>10001 W. Innovation Dr.<br>Milwaukee, WI 53226 | Wild Impact Marketing<br>10001 W. Innovation Dr.<br>Milwaukee, WI 53226 | Subcontracted Work | | 3,522.56 |
| William Kosmieja<br>11546 Lancaster St.<br>Huntley, IL 60142 | William Kosmieja<br>11546 Lancaster St.<br>Huntley, IL 60142 | William Kosmieja v. Corporate Business Card 2013 CH 17851 | | 283,405.73 |
| Xerox<br>PO Box 827598<br>Philadelphia, PA 19182 | Xerox<br>PO Box 827598<br>Philadelphia, PA 19182 | Materials | | 11,783.20 |
| Xerox<br>PO Box 827598<br>Philadelphia, PA 19182 | Xerox<br>PO Box 827598<br>Philadelphia, PA 19182 | Arrearage on lease payments | | 6,035.85 |
| Xerox<br>PO Box 827598<br>Philadelphia, PA 19182 | Xerox<br>PO Box 827598<br>Philadelphia, PA 19182 | Arrearage on lease payments | | 2,212.16 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Corporate Business Card, LTD.

Debtor(s)

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   March 10, 2015

Signature

Richard Letarte
President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re      Corporate Business Card, LTD.                                    ,          Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. 1154 | | | | August 9, 2001 | | | | | |
| Bank Of America P. O . Box 45144 FL9-100-04-24 Building 100 - 4th Fl Jacksonville, FL 32232-9923 | | - | | First Mortgage | | | | | |
| | | | | Value $                0.00 | | | | 127,612.96 | 127,612.96 |
| Account No. xxxxxx0997 | | | | 2008 | | | | | |
| BMO Harris Bank N.A. P. O. Box 6201 Carol Stream, IL 60197-6201 | X | - | | Blanket Lien Upon All Assets | | | | | |
| | | | | Value $         Unknown | | | | 59,654.93 | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

|  |  |  |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | 187,267.89 | 127,612.96 |
| | Total (Report on Summary of Schedules) | 187,267.89 | 127,612.96 |

B6E (Official Form 6E) (4/13)

.

In re     Corporate Business Card, LTD.                                              ,     Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re      Corporate Business Card, LTD.                                                      ,      Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0062

Bank of America
Attention:  Bankruptcy
PO Box 15796
Wilmington, DE 19850 | | - | | | Charge Account | | | | 12,150.75 |
| Account No. 6720

Capital One
PO Box 6492
Carol Stream, IL 60197-6103 | | - | | | Charge Account | | | | 18,067.40 |
| Account No.

Chicago Multi-Lingua Graphics
550 W. Frontage Rd. Ste 2700
Winnetka, IL 60093 | | - | | | 11/14-3/15
Translation Services | | | | 275.00 |
| Account No. xx3067

Crown Roll Leaf
PO Box 2305 Clifton
Clifton, NJ 07015 | | - | | | 12/14-2/15
foil for stamping | | | | 124.00 |

___6___   continuation sheets attached

Subtotal
(Total of this page)        30,617.15

B6F (Official Form 6F) (12/07) - Cont.

In re   Corporate Business Card, LTD. _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 1/15-3/15 Folding Services | | | | |
| D & R Press 7959 W. Grand Ave. Elmwood Park, IL 60707 | | - | | | | | | |
| | | | | | | | | 635.00 |
| Account No. | | | | 1/15 Metal Cast, Dies for foil stamping | | | | |
| Die Pro's 1233 Capitol Drive Unit B Addison, IL 60101 | | - | | | | | | |
| | | | | | | | | 381.18 |
| Account No. xxx2004 | | | | 1/15 Thermographic Powder | | | | |
| Faust Thrmographic Supply PO Box 1277 Linden Linden, NJ 07036 | | | | | | | | |
| | | | | | | | | 1,285.11 |
| Account No. 4172 | | | | 10/14-3/15 Delivery Services | | | | |
| Federal Express PO Box 371599 Pittsburgh, PA 15250 | | - | | | | | | |
| | | | | | | | | 20,096.08 |
| Account No. | | | | 1/15 Glue application for envelopes | | | | |
| Gluetech Inc. 11134 Addison Ave. Franklin Park, IL 60131 | | - | | | | | | |
| | | | | | | | | 57.00 |

Sheet no. __1___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          22,454.37

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Corporate Business Card, LTD.                                    ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Gockenbach Films <br> 3515 Lincoln St. <br> Franklin Park, IL 60131 | - | | 1/15-2/15 <br> Film output for artwork | | | | 168.00 |
| Account No. x7795 <br><br> Heritage- Crystal Clean <br> 13621 Collectins Center <br> Chicago, IL 60693 | - | | 1/15 <br> Press Chemistry | | | | 352.44 |
| Account No. 4495 <br><br> Jorson & Carlson <br> 1501 Pratt Blvd. <br> Elk Grove Village, IL 60007 | - | | 1/15 <br> Blade Sharpening Services | | | | 130.74 |
| Account No. x0435 <br><br> Lewis Paper <br> 2300 Windsor Court Unit A <br> Addison, IL 60101 | - | | 12/14-3/15 <br> Paper Stock | | | | 48,247.32 |
| Account No. xx9131 <br><br> Lindenmeyr Munroe <br> 112 Alexandra Way <br> Carol Stream, IL 60188 | - | | 12/14-1/15 <br> Paper Stock | | | | 3,455.32 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    52,353.82

B6F (Official Form 6F) (12/07) - Cont.

In re    Corporate Business Card, LTD. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Metal Magic <br> 5801 S. 25th St. <br> Phoenix, AZ 85040 | - | | | 12/14-2/15 <br> Metal Cast- Dies for foil stamping | | | | 245.56 |
| Account No. <br><br> Midwest Ink Company <br> 2701 S. 12th Ave. <br> Broadview, IL 60155 | - | | | 12/14-2/15 <br> ink | | | | 993.20 |
| Account No. <br><br> N.E.W Printing <br> 1718 E. Wisconsin Ave. <br> Appleton, WI 54911 | | | | 1/14 <br> Subcontracted Work | | | | 3,016.27 |
| Account No. xx3231 <br><br> Navitor <br> PO Box 927 <br> Waynesboro, PA 17268 | - | | | 10/14 <br> Subtracted Work | | | | 1,802.38 |
| Account No. x3101 <br><br> Olson's Ace Hardware <br> 10135 Grand Ave. <br> Franklin Park, IL 60131 | - | | | 1/15-2/15 <br> Shop Supplies | | | | 226.17 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,283.58

B6F (Official Form 6F) (12/07) - Cont.

In re   Corporate Business Card, LTD. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Phoenix Press, Inc. <br> 140 E. Hil St. <br> Villa Park, IL 60181 | - | | | 10/14-11/14 <br> Shop Supplies | | | | 2,169.93 |
| Account No. <br><br> Robert Micatka <br> PO Box 242 <br> Sturgeon, MO 65284 | - | | | 7/10-10/10 <br> Account Services | | | | 6,500.00 |
| Account No. <br><br> The Grafsolve Compant <br> PO Box 1185 <br> Northbrook, IL 60065 | - | | | 12/14-3/15 <br> Plate making and pre-press materials | | | | 9,000.65 |
| Account No. <br><br> The Viking Printing Group <br> 530 E. Green St. <br> Bensenville, IL 60106 | - | | | 1/15 <br> Subcontracted Work | | | | 700.00 |
| Account No. xxxxbu96 <br><br> Timely Courier <br> 2301 Arthur Ave. #100 <br> Elk Grove Village, IL 60007 | - | | | 1/15-2/15 <br> Delivery Service | | | | 385.98 |

Sheet no. _4_ of _6_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                18,756.56

B6F (Official Form 6F) (12/07) - Cont.

In re   Corporate Business Card, LTD. _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx8744<br><br>Uline<br>PO Box 88741<br>Chicago, IL 60680 | - | | 12/14-2/15<br>Pressroom, Bindery, and shipping supplies | | | | 4,349.11 |
| Account No. 1647<br><br>US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | - | | Charge Account | | | | 4,697.87 |
| Account No.<br><br>Victor Envelope Eric Szczensy<br>301 Arthur Ct.<br>Bensenville, IL 60106 | - | | 11/14<br>Subcontracted Work | | | | 4,091.52 |
| Account No.<br><br>Wild Impact Marketing<br>10001 W. Innovation Dr.<br>Milwaukee, WI 53226 | - | | 12/12<br>Subcontracted Work | | | | 3,522.56 |
| Account No.<br><br>William Kosmieja<br>11546 Lancaster St.<br>Huntley, IL 60142 | - | | William Kosmieja v. Corporate Business Card<br>2013 CH 17851 | | | | 283,405.73 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    300,066.79

B6F (Official Form 6F) (12/07) - Cont.

In re   Corporate Business Card, LTD.                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxx7008 | | | | Materials | | | | |
| Xerox PO Box 827598 Philadelphia, PA 19182 | | - | | | | | | 11,783.20 |
| Account No. xxxxx1812 | | | | Arrearage on lease payments | | | | |
| Xerox PO Box 827598 Philadelphia, PA 19182 | | - | | | | | | 6,035.85 |
| Account No. xxxxx1838 | | | | Arrearage on lease payments | | | | |
| Xerox PO Box 827598 Philadelphia, PA 19182 | | - | | | | | | 2,212.16 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. _6__ of _6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 20,031.21 |
| | Total (Report on Summary of Schedules) | 450,563.48 |

B6G (Official Form 6G) (12/07)

.

In re    Corporate Business Card, LTD.                                    ,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Xerox<br>PO Box 827598<br>Philadelphia, PA 19182 | 2 leases  for equipment |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    Corporate Business Card, LTD.                                          ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Richard Latarte<br>9611 Franklin Ave.<br>Franklin Park, IL 60131 | BMO Harris Bank N.A.<br>P. O. Box 6201<br>Carol Stream, IL 60197-6201 |

0

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

| | | | | |
|---|---|---|---|---|
| In re | Corporate Business Card, LTD. | | Case No. | |
| | | Debtor(s) | Chapter | 11 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.  $  0.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor   ■ Other (specify):   Shareholders

4.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        Representations of Debtor against Motions for Relief and Motions to Dismiss

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    March 12, 2015

/s/ Joseph E. Cohen
Joseph E. Cohen 3123243
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300  Fax: 312.368.4559

---

# United States Bankruptcy Court
### Northern District of Illinois

In re    Corporate Business Card, LTD. _____    Case No. _____
                                            Debtor(s)          Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 36

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    March 12, 2015 _____    /s/ Richard Letarte _____
                                            Richard Letarte/President
                                            Signer/Title

Bank Of America
P. O . Box 45144
FL9-100-04-24 Building 100 - 4th Fl
Jacksonville, FL 32232-9923


Bank of America
Attention: Bankruptcy
PO Box 15796
Wilmington, DE 19850


BMO Harris Bank N.A.
P. O. Box 6201
Carol Stream, IL 60197-6201


Capital One
PO Box 6492
Carol Stream, IL 60197-6103


Chicago Multi-Lingua Graphics
550 W. Frontage Rd. Ste 2700
Winnetka, IL 60093


Crown Roll Leaf
PO Box 2305 Clifton
Clifton, NJ 07015


D & R Press
7959 W. Grand Ave.
Elmwood Park, IL 60707


Die Pro's
1233 Capitol Drive Unit B
Addison, IL 60101


Faust Thrmographic Supply
PO Box 1277 Linden
Linden, NJ 07036


Federal Express
PO Box 371599
Pittsburgh, PA 15250


Gluetech Inc.
11134 Addison Ave.
Franklin Park, IL 60131

Gockenbach Films
3515 Lincoln St.
Franklin Park, IL 60131


Heritage- Crystal Clean
13621 Collectins Center
Chicago, IL 60693


Jorson & Carlson
1501 Pratt Blvd.
Elk Grove Village, IL 60007


Lewis Paper
2300 Windsor Court Unit A
Addison, IL 60101


Lindenmeyr Munroe
112 Alexandra Way
Carol Stream, IL 60188


Metal Magic
5801 S. 25th St.
Phoenix, AZ 85040


Midwest Ink Company
2701 S. 12th Ave.
Broadview, IL 60155


N.E.W Printing
1718 E. Wisconsin Ave.
Appleton, WI 54911


Navitor
PO Box 927
Waynesboro, PA 17268


Olson's Ace Hardware
10135 Grand Ave.
Franklin Park, IL 60131


Phoenix Press, Inc.
140 E. Hil  St.
Villa Park, IL 60181

Richard Latarte
9611 Franklin Ave.
Franklin Park, IL 60131


Robert Micatka
PO Box 242
Sturgeon, MO 65284


The Grafsolve Compant
PO Box 1185
Northbrook, IL 60065


The Viking Printing Group
530 E. Green St.
Bensenville, IL 60106


Timely Courier
2301 Arthur Ave. #100
Elk Grove Village, IL 60007


Uline
PO Box 88741
Chicago, IL 60680


US Bank
PO Box 790408
Saint Louis, MO 63179-0408


Victor Envelope Eric Szczensy
301 Arthur Ct.
Bensenville, IL 60106


Wild Impact Marketing
10001 W. Innovation Dr.
Milwaukee, WI 53226


William Kosmieja
11546 Lancaster St.
Huntley, IL 60142


Xerox
PO Box 827598
Philadelphia, PA 19182

```
Xerox
PO Box 827598
Philadelphia, PA 19182


Xerox
PO Box 827598
Philadelphia, PA 19182


Xerox
PO Box 827598
Philadelphia, PA 19182
```