IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| **CORPORATE BUSINESS CARD, LTD.,** | ) | No. 15 B 08853 |
| | ) | |
| Debtors. | ) | |

### N O T I C E

TO:    Office of U.S. Trustee  - Service by CM/ECF
       Michael J. Fleck - Service by CM/ECF
       See Attached List of Creditors - Service by First Class U.S. Mail

　　　PLEASE TAKE NOTICE that on the 22nd of March, 2016 at the hour of 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JACK B. SCHMETTERER,** Bankruptcy Judge, in Courtroom No. 682, or before such other Judge as may be sitting in his place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, at which time and place you may appear, if you so see fit.

　　　　　　　　　　　　　　　　　　　/s/ Joseph E. Cohen
　　　　　　　　　　　　　　　　　　　JOSEPH E. COHEN
　　　　　　　　　　　　　　　　　　　105 West Madison Street, Suite 1100
　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　312/368-0300

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF C O O K    )

　　　JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto, directed to the persons above, via Electronic System or the U.S. Mails at Chicago, Illinois, this 1st day of March, 2016.

　　　　　　　　　　　　　　　　　　　/s/ Joseph E. Cohen

Corporate Business Card, LTD.
9611 Franklin Ave.
Franklin Park, IL 60131-2703

Lewis Paper Int'l., Inc.
1400 S. Wolf Road
Suite 100
Wheeling, IL 60090-6524

Lindenmeyr Munroe
112 Alexandra Way
Carol Stream, IL 60188-2068

Victor Envelope Company

BMO Harris Bank N.A.
P. O. Box 6201
Carol Stream, IL 60197-6201

BMO Harris Bank, N.A.
Attn: BRK-180-RC
770 North Water Street
Milwaukee, WI 53202-0002

Bank Of America
P. O . Box 45144
FL9-100-04-24 Building 100 - 4th Fl
Jacksonville, FL 32232-5144

Bank of America
Attention: Bankruptcy
PO Box 15796
Wilmington, DE 19850-5796

Bank of America, N.A.
c/o Ryan O. Lawlor, Esq.
Bryan Cave, LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3430

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Chicago Multi-Lingua Graphics
550 W. Frontage Rd. Ste 2700
Winnetka, IL 60093-1259

Corporate Business Card, LTD
PO BOX 88741
CHICAGO, IL 60680-1741

Crown Roll Leaf
PO Box 2305 Clifton
Clifton, NJ 07015-2305

D & R Press
7959 W. Grand Ave.
Elmwood Park, IL 60707-1831

Die Pro's
1233 Capitol Drive Unit B
Addison, IL 60101-3170

Faust Thrmographic Supply
PO Box 1277 Linden
Linden, NJ 07036-0003

FedEx TechConnect, Inc.
As Assignee of Federal Express Corp.
FedEx Ground Package Systems, Inc.
3965 Airways Blvd. Module G, 3rd Floor
Memphis, TN 38116-5017

Federal Express
PO Box 371599
Pittsburgh, PA 15250-7599

Gluetech Inc.
11134 Addison Ave.
Franklin Park, IL 60131-1404

Gockenbach Films
3515 Lincoln St.
Franklin Park, IL 60131-1522

Grafsolve, LLC
d/b/a The Grafsolve Company
Grafsolve/Graphic Arts Specialties
P.O. Box 1185
Northbrook, IL 60065-1185

Heritage- Crystal Clean
13621 Collectins Center
Chicago, IL 60693-0136

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James Latarte
537 Charles Court
Glendale Heights, IL 60139-2511

Jorson & Carlson
1501 Pratt Blvd.
Elk Grove Village, IL 60007-5714

Joseph Latarte
W. 4627 County Rd. ES
Elkhorn, WI 53121-3222

| | | |
|---|---|---|
| Lewis Paper<br>2300 Windsor Court Unit A<br>Addison, IL 60101-1491 | Lewis Paper International, Inc.<br>1400 S.Wolf Road<br>Suite 100<br>Wheeling, IL 60090-6524 | Metal Magic<br>5801 S. 25th St.<br>Phoenix, AZ 85040-3630 |
| Midwest Ink Company<br>2701 S. 12th Ave.<br>Broadview, IL 60155-4836 | N.E.W Printing<br>1718 E. Wisconsin Ave.<br>Appleton, WI 54911-4037 | Navitor<br>PO Box 927<br>Waynesboro, PA 17268-0927 |
| Olson's Ace Hardware<br>10135 Grand Ave.<br>Franklin Park, IL 60131-2548 | Phoenix Press, Inc.<br>140 E. Hil  St.<br>Villa Park, IL 60181-1805 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256-6016 |
| Richard & Pat Latarte<br>9611 Franklin Avenue<br>Franklin Park, IL 60131-2703 | Richard Latarte<br>9611 Franklin Ave.<br>Franklin Park, IL 60131-2703 | Robert Micatka<br>PO Box 242<br>Sturgeon, MO 65284-0242 |
| The Grafsolve Compant<br>PO Box 1185<br>Northbrook, IL 60065-1185 | The Viking Printing Group<br>530 E. Green St.<br>Bensenville, IL 60106-2546 | Timely Courier<br>2301 Arthur Ave. #100<br>Elk Grove Village, IL 60007-6000 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Uline<br>PO Box 88741<br>Chicago, IL 60680-1741 | Victor Envelope Company<br>attn: Mary Lynn Leland<br>301 Arthur Court<br>Bensenville, IL 60106-3381 |
| Victor Envelope Eric Szczensy<br>301 Arthur Ct.<br>Bensenville, IL 60106-3381 | Wild Impact Marketing<br>10001 W. Innovation Dr.<br>Milwaukee, WI 53226-4853 | William Kosmieja<br>11546 Lancaster St.<br>Huntley, IL 60142-6792 |
| Xerox<br>PO Box 827598<br>Philadelphia, PA 19182-7598 | Xerox Corporation<br>1303 Ridgeview Drive - 450<br>Lewisville, TX 75057-6018 | E. Philip Groben<br>Cohen and Krol<br>105 W. Madison St., Suite 1100<br>Chicago, IL 60602-4600 |
| Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison Street #1100<br>Chicago, IL 60602-4600 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Robert W. Micatka<br>P.O. Box 242<br>Sturgeon, MO 65284-0242 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service  
230 S. Dearborn  
Room 2600, M/S 5014CHI  
Chicago, IL 60604

US Bank  
PO Box 790408  
Saint Louis, MO 63179-0408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Lindenmeyr Munroe  
112 Alexandra Way  
Carol Stream, IL 60188-2068

(u)David L Ransom

(u)William Kosmieja

End of Label Matrix  
Mailable recipients    57  
Bypassed recipients     3  
Total                  60

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **CORPORATE BUSINESS CARD, LTD.,** | ) | No. 15 B 08853 |
| | ) | |
| Debtor(s). | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE **JACK B. SCHMMETERER**
BANKRUPTCY JUDGE

Now comes Corporate Business Card, Ltd., Debtor herein, and respectfully represents unto this Honorable Court as follows:

1. That on the 12th day of March, 2015, the above-named Debtor filed the above-captioned Chapter 11 petition.

2. That this Honorable Court entered an Order confirming the Debtor's Plan of Liquidation on December 10, 2015.

3. That the Debtor has made the initial distributions due under the Plan of Liquidation.

4. That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

WHEREFORE, Corporate Business Card, Ltd., Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

                                                                                        Corporate Business Card, Ltd.,
JOSEPH E. COHEN                                         Debtor
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100             BY: /s/ JOSEPH E. COHEN
Chicago, IL 60602                             One of Attorneys for Debtor
312/368-0300