IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **CORPORATE BUSINESS CARD, LTD.,** | ) | No. 15 B 08853 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO: SEE ATTACHED LIST

    I, JOSEPH E. COHEN, state that copies of the Motion for Entry of Final Decree Pursuant To Rule 2002(F)(7) was sent to all creditors on March 1, 2016 by First Class U.S. Mail to the persons shown on the attached service list.

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 West Madison St., Suite 1100      BY: /s/ Joseph E. Cohen
Chicago, IL 60602                             Attorney for Debtor
312/368-0300