UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    15-08853 |
| CORPORATE BUSINESS CARD, LTD., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# FINAL DECREE

The estate of the above-named Debtor, having been fully administered and the payments required by the Debtor's Confirmed Chapter 11 Plan of Reorganization having been substantially completed, IT IS HEREBY ORDERED THAT:

The final Decree is hereby entered and the Chapter 11 case of the above-named Debtor is closed.

That the Debtor shall pay all outstanding U.S. Trustee fees by May 21, 2016.

Enter:  *[signature]*

Honorable Jack B. Schmetterer

United States Bankruptcy Judge

Dated:  April 19, 2016

**Prepared by:**